OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

| | | |
|---|---|---|
| Edward T. Gignoux U.S. Courthouse<br>156 Federal Street<br>Portland, Maine 04101<br>(207) 780-3356 |  | Margaret Chase Smith Federal Building and U.S. Courthouse<br>202 Harlow Street<br>Bangor, Maine 04401<br>(207) 945-0575 |

February 22, 2021

GREGORY PAUL VIOLETTE
21 SUMMER STREET
MADISON, ME 04950

RE: GREGORY PAUL VIOLETTE v. TD BANK
Civil No.: 1:21-cv-00056-GZS

Dear Mr. Violette:

     This case was recently removed from the State Court. Enclosed please find a handout titled "Information for Pro Se Parties." This handout is intended for informational and practical purposes only, and in no way takes the place of an attorney's legal advice, but it may provide you with some answers to procedural and general questions.

                                     Sincerely,
                                       CHRISTA K. BERRY, CLERK

                                     By: /s/ Robert Allen
                                         Deputy Clerk

Encl.