UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE, <br><br> Plaintiff, <br><br> v. <br><br> TD BANK, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:21-00056-GZS <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF STEPHANIE A. WILLIAMS

I, Stephanie A. Williams, being duly sworn, declare pursuant to 28 U.S.C. § 1746 that:

1. I am an adult and am competent to testify.

2. I am counsel in this action for Defendant, TD Bank, N.A. (improperly named TD Bank in the caption), ("**TD Bank**").

3. On February 17, 2021, TD Bank removed this case from the Superior Court of Maine for Somerset County (the "**Superior Court**").

4. The duplicate record, as certified by the Superior Court, is attached hereto as Exhibit A.

5. The duplicate record attached as Exhibit A contains an accurate copy of every document, of every kind and description, docketed in the Superior Court before removal to this Court.

6. The duplicate record attached as Exhibit A reflects every action taken in the matter by the Superior Court prior to removal.

2

I declare under penalty of perjury under the laws of the United States of America that the foreclosing is true and correct.

Executed on February 23, 2021.

*/s/ Stephanie A. Williams*
Stephanie A. Williams
Maine Bar No. 10012
Duane Morris LLP
Two Monument Square, Suite 505
Portland, ME 04101
(215) 979-1585 (phone)
(207) 433-1155 (fax)
sawilliams@duanemorris.com

*Attorneys for TD Bank, N.A.*

## CERTIFICATE OF SERVICE

I, Stephanie A. Williams, hereby certifies that on February 23, 2021, a true and correct copy of the foregoing Declaration was electronically filed with the Court. Notice of this filing will be sent to all parties via the Court's electronic filing system and will also be served by first class on the following:

Gregory Paul Violette
21 Summer Street
Madison ME 04950
dvgpgvioloette@gmail.com

*/s/ Stephanie A. Williams*