```
GREGORY PAUL VIOLETTE  - PLAINTIFF              SUPERIOR COURT
21 SUMMER STREET                                SOMERSET, ss.
MADISON ME 04950                                Docket No  SKOSC-CV-2021-00010

vs
TD BANK - DEFENDANT                             DOCKET RECORD
182 MAIN STREET
WATERVILLE ME 04901
```

Filing Document: COMPLAINT                      Minor Case Type: CONTRACT
Filing Date: 02/03/2021

## Docket Events:

02/04/2021 FILING DOCUMENT - COMPLAINT FILED ON 02/03/2021

02/08/2021 Party(s):  TD BANK
           SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 02/03/2021

02/08/2021 Party(s):  TD BANK
           SUMMONS/SERVICE - CERTIFIED MAIL RETURN RECEIPT FILED ON 02/03/2021

02/08/2021 Party(s):  TD BANK
           SUMMONS/SERVICE - CERTIFIED MAIL RETURN RECEIPT SERVED ON 01/27/2021

02/17/2021 Party(s):  TD BANK
           OTHER FILING - OTHER DOCUMENT FILED ON 02/17/2021
           Defendant's Attorney: STEPHANIE WILLIAMS
           NOTICE OF FILING OF NOTICE OF REMOVAL FILED BY EMAIL

02/17/2021 Party(s):  TD BANK
           OTHER FILING - NTS OF EMAIL FILING/RESP DEADL FILED ON 02/17/2021
           Defendant's Attorney: STEPHANIE WILLIAMS

02/17/2021 Party(s):  TD BANK
           SUPPLEMENTAL FILING - NOTICE OF REMOVAL FILED ON 02/17/2021
           Defendant's Attorney: STEPHANIE WILLIAMS
           BY EMAIL

02/17/2021 Party(s):  GREGORY PAUL VIOLETTE,TD BANK
           FINDING - REMOVAL TO FEDERAL COURT ENTERED ON 02/17/2021


### Receipts

| Date | Description | Amount | Status |
|---|---|---|---|
| 02/04/2021 | Misc Fee Payments | $150.00 | paid. |
| 02/04/2021 | Misc Fee Payments | $25.00  | paid. |

A TRUE COPY
ATTEST: _____
                   Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TD Bank
   182 Main St.
   Waterville, ME 04901

   9590 9402 3153 7166 5067 04

2. Article Number (Transfer from service label)

   7019 1640 0000 2980 2025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   R-CA                           1/27/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

SOMERSET COUNTY COURT

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# TATE OF MAINE

STATE OF MAINE  
SUPERIOR COURT  
SOMERSET, SS.

CIVIL ACTION  
DOCKET NO. CV-21-10

SOMERSET COUNTY COURT  
FEB 8 '21 PM 1:17

Gregory Paul Violette,

    Plaintiff,

Vs.

PLAINTIFF'S CIVIL COMPLAINT  
CONTRACT

TD Bank,  
Defendant.

## PLAINTIFF'S CIVIL COMPLAINT

NOW COMES the Plaintiff, Gregory Paul Violette and states as follows:

1. On or about 10/13/2020 I Mobile deposited a check, #154 from my credit union acct into my personal acct, the check cleared the credit union 10/14/2020 but I was not able to use the funds in my personal acct for over 7 days, I could NOT use the funds in my credit union because the funds cleared and TD Bank would NOT let me use the funds in my personal acct so I was with funds for over 7 days.
2. December 14 to 19, 2020 I was trying to do a mobile deposit and was NOT able to, the acct keep saying something was wrong with ID and Password, I got help on or about 12/19 and I was ONLY talking about my personal acct but the lady was reviewing my LLC acct, she was totally lost, I had to repeat a few times MY PERSONAL ACCT, then she finally caught on. The help center was NO HELP, they could not get my mobile deposit working?

1

I told her I was NOT happy so she transferred me to a supervisor which I waited 11 mins to speak to. He was NO help, we were trying to mobile deposit 2 checks, after a long time trying, we got Nowhere and I did NOT get my two checks deposited?

3. During the month of November, I disputed a charge on my debt card, there was a charge and the merchant told me they were issuing a credit for the $144.00 but I was not getting the credit into my acct, so I disputed the charge and TD Bank only came back saying work it out with merchant, TD Bank was NO HELP?
4. On January 13, 2021, I called the Waterville Branch and asked what to do to close my two savings accounts, personal & LLC. I was told to send a letter which I did on 1/13/21 and still to date I have NOT received my savings accounts balance check(s).
5. TD Bank claims to be America's Most Convenient Bank, NOT TRUE!
6. On the Bank fliers and on their debit cards, personal & LLC the Bank states they are "America's Most Convenient Bank." I do NOT believe they are America's most convenient bank.

## CONCLUSION

Plaintiff prays that the court will award Plaintiff punitive damages and exemplary damages in the amount of $550,000 because Defendant did NOT honor their contract with me. I also ask the Court to award attorney fees and cost and any other relief that the Court deems just.

Dated at Madison, Maine this 25th day of January 2021.

Gregory Paul Violette
21 Summer St
Madison, ME 04950-1422
207-399-7567

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

*Complete the caption that applies to your case:*

☐ Gregory Paul Violette   Plaintiff/Petitioner

V.

TD Bank, N.A.   Defendant/Respondent

_____   Other Party

*"X" the court for filing:*
☒ Superior Court  ☐ District Court
☐ Supreme Judicial Court
County: Somerset
Location (Town): Skowhegan
Docket No.: CV-21-10

**OR**

☐ IN RE: _____

SOMERSET COUNTY COURT
FEB 17 '21 AM 8:17

### NOTICE OF EMAIL FILING AND RESPONSE DEADLINE FOR FAMILY MATTERS AND CIVIL CASES
PMO-SJC-3

> **PLEASE NOTE:** You should only complete this form if you are filing your documents with the court by email. For more information about how to file by email, visit www.courts.maine.gov.

1. Title of document filed by email with the court:
   Notice of Removal

2. Date document was filed by email with the court *(mm/dd/yyyy)*: 02/16/21

3. **Service (PLEASE NOTE: You must select only one option below.** If you copied the opposing party on the email to the court and also mailed a paper copy, only select the first option and calculate the response deadline based on service by email):
   ☐ I served the opposing party by copying the opposing party on the **email** to the court;
   **OR**
   ☒ I served the opposing party by **mailing** a copy of the document(s) to the opposing party.

4. **Response Deadline (PLEASE NOTE:** You **must** select one of the options below):
   ☒ I am filing a document that does not allow for a response. Therefore, I am not including a response deadline;
   **OR**
   ☐ The deadline for the opposing party to respond to the document that was filed by email is *(mm/dd/yyyy)*: _____.

*Please calculate the deadline to respond based on the table below pursuant to PMO-SJC-3:*

| Responsive Pleading | Deadline to Respond if Responding Party was Served by Email | Deadline to Respond if Responding Party was Served by Mail |
|---|---|---|
| Opposition to a motion pursuant to M.R. Civ. P. 7(c)(2) | 21 days after filing date | 28 days after filing date |
| Reply memorandum in support of a motion pursuant to M.R. Civ. P. 7(e) | 14 days after filing date but not less than 2 days before hearing | 21 days after filing date but not less than 2 days before hearing |
| Motion to strike a pleading pursuant to M.R. Civ. P. 12(f) | 20 days after filing date | 27 days after filing date |
| Response to a motion to modify support pursuant to M.R. Civ. P. 105(a) | 30 days after filing date | 37 days after filing date |

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

| Response to a motion for an expedited hearing filed in a family matter pursuant to M.R. Civ. P. 107(c) | 7 days after filing date | 14 days after filing date |
|---|---|---|
| Appellee briefs and appellant reply briefs | Follow the deadlines set forth in the Maine Rules of Appellate Procedure | Follow the deadlines set forth in the Maine Rules of Appellate Procedure |
| Appellee's response to appellant's statement of the evidence in the event of an unavailable transcript pursuant to M.R. App. P. 5(d)(2) | 7 days after filing date | 14 days after filing date |
| Response to motions and supporting papers pursuant to M.R. App. P. 10(c) | 7 days after filing date | 14 days after filing date |
| Response to petition for appellate review of a decision of the Workers' Compensation Board pursuant to M.R. App. P. 23(b)(5) | 14 days after filing date | 21 days after filing date |

Date (mm/dd/yyyy): 2/16/21

▶ /s/ Stephanie A. Williams

Signature of ([X] Attorney for) [ ] Plaintiff/Petitioner
[X] Defendant/Respondent [ ] Other Party

Name: Stephanie A. Williams, Esq,
Address: Duane Morris LLP
2 Monument Square, Ste. 505
Portland, ME 04101
Telephone: 215-979-1585
Email: sawilliams@duanemorris.com

**Sworn Declaration**

Except for documents filed in child protective cases, a party may file by email a document without oath or notarization provided that, in place of an oath, the party (not the party's attorney) signs the following declaration:

I swear under penalty of perjury that my statements contained in the documents filed by email with this notice are true and correct. I understand that these statements are made for use as evidence in court and that I am subject to prosecution for perjury punishable by up to 5 years in prison and a fine of up to $5,000.00 if I give false information to the court.

Date (mm/dd/yyyy): _____

▶ _____
Signature of [ ] Plaintiff/Petitioner
[ ] Defendant/Respondent [ ] Other party

Name: _____

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

| | |
|---|---|
| STATE OF MAINE<br>SOMERSET, SS | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO. CV-21-10 |

GREGORY PAUL VIOLETTE,

        Plaintiff,

        v.

TD BANK,

        Defendant.

SOMERSET COUNTY COURT
FEB 17 '21 AM 8:17

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:    Somerset Superior Court Clerk

PLEASE TAKE NOTICE that on February 16, 2021, Defendant, TD Bank, N.A. (improperly named as TD Bank in the caption), filed a Notice of Removal, removing this action from this Court to the United States District Court for the District of Maine. A copy of the Notice of Removal, with attachments, is attached as Exhibit A.

Date: February 16, 2021

Respectfully Submitted,

/s/ Stephanie A. Williams
Stephanie A. Williams, Maine Bar No. 10012
Duane Morris LLP
Two Monument Square, Suite 505
Portland, ME 04101
(215) 979-1585 (phone)
(207) 433-1155 (fax)
sawilliams@duanemorris.com

*Attorneys for TD Bank, N.A.*

DM1\11804019.1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Filing of Notice of Removal was served this 16th day of February via email and first class mail, postage prepaid, to:

Gregory Paul Violette
21 Summer Street
Madison, ME 04950
dvgpgviolette@gmail.com

/s/ Stephanie A. Williams
Stephanie A. Williams

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE,<br><br>                Plaintiff,<br><br>        v.<br><br>TD BANK,<br><br>                Defendant. | Case No.: _____<br><br>SOMERSET COUNTY COURT<br>FEB 17 '21 AM8:17 |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and all other applicable laws, Defendant, TD Bank, N.A. (improperly named TD Bank in the caption) ("***TD Bank***"), removes this action, captioned *Gregory Paul Violette v. TD Bank*, Civil Action Docket No. CV-21-10 ("***State Action***"), originally brought by Plaintiff, Gregory Paul Violette ("***Plaintiff***") in the Superior Court of Maine for Somerset County, to the United States District Court for the District of Maine. In support of removal, TD Bank states:

### BACKGROUND

1. On January 25, 2021, Plaintiff filed a Complaint in the State Action.

2. On January 27, 2021, TD Bank was served with the Complaint.[1]

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days of receipt by TD Bank of the Complaint.

---

[1] Plaintiff appears to have served TD Bank at a store branch location rather than to its authorized agent. TD Bank reserves all objections as to service.

4.  As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on TD Bank are attached as Exhibit A.

5.  Removal of the within action to this Court is appropriate because this Court has jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.

## DIVERSITY OF CITIZENSHIP

6.  Complete diversity exists in this matter.

7.  TD Bank is a citizen of Delaware because TD Bank is a national banking association with its main office in Delaware as designated in its articles of association. *McKenna v. Wells Fargo Bank, N.A.*, 693 F.3d 207, 212 (1st Cir. 2012) ("a national bank[] is a citizen of the state where it is 'located,' 28 U.S.C. § 1348; this is 'the State designated in its articles of association as its main office'") (*citing Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303, 318 (2006)). An excerpt from the Office of the Comptroller of the Currency, List of National Banks & Federal Branches and Agencies Active As Of 1/31/2021, indicating TD Bank's main office location, is attached as Exhibit B.

8.  Plaintiff is a citizen of Maine residing at 21 Summer St., Madison, ME 04950-1422. *See* Summons.

## AMOUNT IN CONTROVERSY

9.  The amount in controversy here exceeds the jurisdictional threshold of $75,000.

10. In the Complaint, Plaintiff alleges damages totaling $550,000.00. Thus, the amount in controversy exceeds $75,000.00.

## ALL PROCEDURAL PREREQUISITES TO REMOVAL HAVE BEEN MET

2

11. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332, because there is complete diversity of citizenship between the parties, and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

12. Removal of the State Action is therefore appropriate under 28 U.S.C. § 1441.

13. In accord with 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446(a), TD Bank is filing this Notice of Removal in the federal district court embracing the state court where the Complaint was filed.

14. In accord with 28 U.S.C. § 1446(a), TD Bank attaches all process, pleadings and orders that have been filed, served or received by TD Bank in this action as Exhibit A. *See* 28 U.S.C. § 1446(a).

15. In accord with 28 U.S.C. § 1391, venue is proper in the United States District Court for the District of Maine, as the Complaint in this action was filed in the Superior Court for the State of Maine, Somerset County.

16. In compliance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Maine Superior Court for Somerset County, and is being served simultaneously on Plaintiff.

17. In removing this action, TD Bank does not intend to waive any rights or defenses to which it is otherwise entitled, and TD Bank expressly reserves the right to assert all such defense at a later time.

18. Based on the foregoing, this Court has jurisdiction over this action, and this action is properly removed to this Court.

## CONCLUSION

**WHEREFORE,** TD Bank, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully requests that this action be removed to and proceed in the United States District Court for the District of Maine.

Date: February 16, 2021                                        Respectfully Submitted,

*/s/ Stephanie A. Williams*
Stephanie A. Williams, Maine Bar No. 10012
Duane Morris LLP
Two Monument Square, Suite 505
Portland, ME 04101
(215) 979-1585 (phone)
(207) 433-1155 (fax)
sawilliams@duanemorris.com

*Attorneys for TD Bank, N.A.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Removal was served this 16th day of February via email and first class mail, postage pre-paid, to:

Gregory Paul Violette
21 Summer Street
Madison, ME 04950
dvgpgviolette@gmail.com

*/s/ Stephanie A. Williams*
Stephanie A. Williams

4

# EXHIBIT A

STATE OF MAINE

| | |
|---|---|
| SUPERIOR COURT | DISTRICT COURT |
| Somerset, ss. | Location _____ |
| Docket No. _____ | Docket No. _____ |

Gregory Paul Violette _____ Plaintiff

v.

TD Bank _____ Defendant
182 Main St _____ Address
Waterville, ME 04901

SUMMONS
M.R.Civ.P. 4(d)

SOMERSET COUNTY COURT
FEB 17 '21 AM 8:17

The Plaintiff has begun a lawsuit against you in the (District) (Superior) Court, which holds sessions at (street address) 41 Court St. _____, in the Town/City of Skowhegan _____, County of Somerset _____, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of (District) (Superior) Court, 41 Court St. _____, Skowhegan _____, Maine 04976 _____.
       (Mailing Address)         (Town, City)         (Zip)

before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

**IMPORTANT WARNING**: **If you fail to serve an answer** within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, **a judgment by default may be entered against you** in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date: 25 January 2021

Gregory Paul Violette _____ (Attorney for) Plaintiff
21 Summer St _____ Address
Madison, ME 04950-1422
207-399-7567 _____ Telephone
gregviolette@gmail.com _____ Email Address

(Seal of Court)

_____ Clerk

CV-030, Rev. 07/18

## National Banks Active As of 1/31/2021

| CHARTER NO | NAME | ADDRESS | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|---|
| 25022 | Santander Bank, National Association | 824 N. Market Street, Suite 100 | Wilmington | DE | 29950 | 722777 |
| 21530 | Saratoga National Bank and Trust Company | 137 South Broadway | Saratoga Springs | NY | 27290 | 1211371 |
| 12810 | Savannah Bank National Association | 1565 Main Street, P.O. Box 278 | Savannah | NY | 14619 | 647414 |
| 24150 | Schaumburg Bank & Trust Company, National Association | 1180 East Higgins Road | Schaumburg | IL | 57103 | 2970657 |
| 14838 | Seacoast National Bank | 815 Colorado Avenue | Stuart | FL | 131 | 34537 |
| 24310 | Securian Trust Company, National Association | 401 Robert Street North | St. Paul | MN | 57405 | 3089752 |
| 14578 | Security First National Bank of Hugo | 100 S. Broadway | Hugo | OK | 432 | 422657 |
| 13650 | Security National Bank | 1 West Broadway | Witt | IL | 3845 | 151546 |
| 15379 | Security National Bank of Omaha | 1120 S. 101st Street | Omaha | NE | 19213 | 844053 |
| 23226 | Security National Bank of South Dakota | 325 Dakota Dunes Blvd | Dakota Dunes | SD | 34394 | 2529176 |
| 24010 | Security National Trust Co. | 1300 Chapline Street | Wheeling | WV | 57081 | 2912750 |
| 12529 | Shamrock Bank, National Association | 101 N. Main | Coalgate | OK | 4236 | 300353 |
| 24264 | Signature Bank, National Association | 4607 West Sylvania Avenue | Toledo | OH | 57269 | 3076604 |
| 10834 | Skyline National Bank | 113 West Main Street | Independence | VA | 6861 | 90328 |
| 9987 | SNB Bank, National Association | 503 South Main | Shattuck | OK | 4196 | 394156 |
| 24737 | Solera National Bank | 319 S. Sheridan Blvd. | Lakewood | CO | 58534 | 3397233 |
| 22311 | South State Bank, National Association | 1101 First Street South | Winter Haven | FL | 33555 | 1929247 |
| 11833 | SouthCrest Bank, National Association | 1475 West Peachtree Street, NE, Suite 200 | Atlanta | GA | 2124 | 165039 |
| 15651 | Southeast First National Bank | 10144 Commerce Street | Summerville | GA | 19819 | 563934 |
| 14012 | Southtrust Bank, National Association | 601 Guadalupe | George West | TX | 13919 | 521158 |
| 12346 | Southwest National Bank | 400 East Douglas | Wichita | KS | 4801 | 499855 |
| 23081 | Southwestern National Bank | 6901 Corporate Drive | Houston | TX | 34319 | 2625724 |
| 25211 | St. Charles Bank & Trust Company, National Association | 411 West Main Street | Saint Charles | IL | 27052 | 428547 |
| 15198 | St. Martin National Bank | 136 Maine Street | St. Martin | MN | 18937 | 856159 |
| 25200 | State Bank of the Lakes, National Association | 440 Lake Street | Antioch | IL | 5744 | 595430 |
| 18045 | State Street Bank and Trust Company National Association | 1290 Avenue of the Americas | New York | NY | 24938 | 93619 |
| 18607 | State Street Bank and Trust Company of California, National Ass | 42 Discovery | Irvine | CA | 26474 | 812164 |
| 23457 | Stearns Bank Holdingford National Association | Main Street | Holdingford | MN | 10160 | 1011656 |
| 15576 | Stearns Bank National Association | 4191 Second Street South | St. Cloud | MN | 10988 | 141556 |
| 23458 | Stearns Bank Upsala National Association | Main Street | Upsala | MN | 9336 | 208459 |
| 25075 | Sterling National Bank | Two Blue Hill Plaza - Second Floor | Pearl River | NY | 30337 | 125471 |
| 24955 | Stifel Trust Company Delaware, National Association | 100 South West Street | Wilmington | DE | 59043 | 4125778 |
| 24627 | Stifel Trust Company, National Association | 501 N. Broadway | St Louis | MO | 33785 | 2713920 |
| 14369 | Stillman Banccorp National Association | 101 East Main Street | Stillman Valley | IL | 9263 | 407645 |
| 14302 | Stockmens National Bank in Cotulla | 206 N. Main Street | Cotulla | TX | 14864 | 818652 |
| 12044 | Stride Bank, National Association | 324 West Broadway | Enid | OK | 4091 | 278555 |
| 12095 | Stroud National Bank | 300 West Main Street | Stroud | OK | 4204 | 521952 |
| 18154 | Summit National Bank | 133 Main Street | Hulett | WY | 25054 | 78559 |
| 4742 | Sunflower Bank, National Association | 1400 16th St. | Denver | CO | 4767 | 474759 |
| 14991 | Sunrise Banks, National Association | 200 University Avenue West | St. Paul | MN | 18561 | 860053 |
| 9087 | Superior National Bank & Trust Company | 235 Quincy Street | Hancock | MI | 5058 | 245557 |
| 24350 | Synovus Trust Company, National Association | 1148 Broadway | Columbus | GA | 33962 | 2262718 |
| 24467 | T Bank, National Association | 16200 Dallas Parkway, Suite 190 | Dallas | TX | 57703 | 3284445 |
| 23253 | TCF National Bank | 2508 South Louise Avenue | Sioux Falls | SD | 28330 | 266271 |
| 23363 | TCM Bank, National Association | 3501 E. Frontage Road | Tampa | FL | 34535 | 2687487 |
| 22611 | TD Bank USA, National Association | 2035 Limestone Road | Wilmington | DE | 33947 | 2121196 |
| 24096 | TD Bank, National Association | 2035 Limestone Road | Wilmington | DE | 18409 | 497404 |
| 20157 | Terrabank National Association | 3191 Coral Way | Miami | FL | 26442 | 238737 |
| 25114 | Texan Bank, National Association | 12941 Gulf Freeway | Houston | TX | 58671 | 3640359 |
| 10476 | Texana Bank, National Association | 124 East Rush | Linden | TX | 3302 | 809650 |
| 24693 | Texas Advantage Community Bank, National Association | 1701 Fairway Plaza, Suite 18 | Alvin | TX | 58450 | 3485215 |
| 23248 | Texas Capital Bank, National Association | 2000 Mckinney Avenue, Suite 190 | Dallas | TX | 34383 | 2618780 |
| 24640 | Texas Citizens Bank, National Association | 4949 Fairmont Parkway | Pasadena | TX | 58319 | 3440830 |
| 10420 | Texas Gulf Bank, National Association | 1626 South Voss Road | Houston | TX | 3206 | 514655 |
| 4701 | Texas Heritage National Bank | 107 Webb | Daingerfield | TX | 3161 | 824653 |
| 11879 | Texas National Bank | 201 S. Texas | Mercedes | TX | 3337 | 497954 |
| 22807 | Texas National Bank | 400 East Broadway | Sweetwater | TX | 34014 | 1435092 |
| 18594 | Texas National Bank of Jacksonville | 300 Neches Street | Jacksonville | TX | 26181 | 739355 |
| 12308 | Texas Republic Bank, National Association | 2595 Preston Road, Building 100 | Frisco | TX | 3400 | 735067 |
| 24465 | TexStar National Bank | 600 Pat Booker Road | Universal City | TX | 57704 | 3211937 |
| 16799 | The American National Bank of Mount Pleasant | 301 South Madison Avenue | Mount Pleasant | TX | 22942 | 764067 |
| 17043 | The American National Bank of Texas | 102 West Moore Avenue | Terrell | TX | 23474 | 599764 |
| 3711 | The Atlanta National Bank | 105 Southwest Church Street | Atlanta | IL | 3601 | 672238 |
| 13770 | The Bank National Association | 2nd and Carl Albert Parkway | McAlester | OK | 4146 | 829050 |
| 24526 | The Bank of New York Mellon Trust Company, National Associat | 400 South Hope Street | Los Angeles | CA | 23472 | 398668 |

STATE OF MAINE

STATE OF MAINE
SUPERIOR COURT
SOMERSET, SS.

CIVIL ACTION
DOCKET NO.

Gregory Paul Violette,

Plaintiff,

SOMERSET COUNTY COURT
FEB 17 '21 AM 8:18

Vs.

PLAINTIFF'S CIVIL COMPLAINT
CONTRACT

TD Bank,
Defendant.

PLAINTIFF'S CIVIL COMPLAINT

NOW COMES the Plaintiff, Gregory Paul Violette and states as follows:

1. On or about 10/13/2020 I Mobile deposited a check, #154 from my credit union acct into my personal acct, the check cleared the credit union 10/14/2020 but I was not able to use the funds in my personal acct for over 7 days, I could NOT use the funds in my credit union because the funds cleared and TD Bank would NOT let me use the funds in my personal acct so I was with funds for over 7 days.

2. December 14 to 19, 2020 I was trying to do a mobile deposit and was NOT able to, the acct keep saying something was wrong with ID and Password, I got help on or about 12/19 and I was ONLY talking about my personal acct but the lady was reviewing my LLC acct, she was totally lost, I had to repeat a few times MY PERSONAL ACCT, then she finally caught on. The help center was NO HELP, they could not get my mobile deposit working?

1

I told her I was NOT happy so she transferred me to a supervisor which I waited 11 mins to speak to. He was NO help, we were trying to mobile deposit 2 checks, after a long time trying, we got Nowhere and I did NOT get my two checks deposited?

3. During the month of November, I disputed a charge on my debt card, there was a charge and the merchant told me they were issuing a credit for the $144.00 but I was not getting the credit into my acct, so I disputed the charge and TD Bank only came back saying work it out with merchant, TD Bank was NO HELP?
4. On January 13, 2021, I called the Waterville Branch and asked what to do to close my two savings accounts, personal & LLC. I was told to send a letter which I did on 1/13/21 and still to date I have NOT received my savings accounts balance check(s).
5. TD Bank claims to be America's Most Convenient Bank, NOT TRUE!
6. On the Bank fliers and on their debit cards, personal & LLC the Bank states they are "America's Most Convenient Bank." I do NOT believe they are America's most convenient bank.

## CONCLUSION

Plaintiff prays that the court will award Plaintiff punitive damages and exemplary damages in the amount of $550,000 because Defendant did NOT honor their contract with me. I also ask the Court to award attorney fees and cost and any other relief that the Court deems just.

Dated at Madison, Maine this 25th day of January 2021.

Gregory Paul Violette
21 Summer St
Madison, ME 04950-1422
207-399-7567

2

CONTAINS NONPUBLIC DIGITAL INFORMATION

MAINE JUDICIAL BRANCH

SOMERSET COUNTY COURT
FEB 17 '21 AM8:18

| Gregory Paul Violette | Plaintiff | "X" the court for filing: |
| --- | --- | --- |
| | | ☒ Superior Court  ☐ District Court |
| V. | | County: SOMERSET |
| TD Bank | Defendant | Location (Town): Skowhegan |
| | | Docket No.: _____ |

## NOTICE REGARDING ELECTRONIC SERVICE

<u>NOTICE TO PARTIES</u>: All parties who are represented by an attorney are subject to the requirements of Electronic Service under Rule 5 of the Maine Rules of Civil Procedure.

<u>OPT IN</u>: *If you do not have an attorney*, papers that must be served on you <u>by other parties</u> in this case will be sent to you through the regular mail to your address of record. But <u>you have a choice</u> to request that all papers required to be served on you by other parties in this case be sent instead electronically to your designated email address; and you may also agree to serve by email all papers you are required to serve on other parties in this case.

> **PLEASE NOTE:** Any electronic service that you opt into applies only to papers served on you by other parties, and/or to papers you are required to serve on other parties. *It does not apply to notices, orders, or other papers generated by the court, or to any papers you must file with the court.* You must file all court papers in paper form by mail or in person, and all Court papers will continue to be sent to you by regular mail.

<u>If you choose not to opt in, you do not need to do anything</u>. If you would like to receive and/or serve papers on other parties electronically, you must meet the requirements set forth below. Check the appropriate box(es) and mail (or scan and email) the signed form to all other parties in the case. <u>Do not file this form with the Court</u>.

☐ <u>Electronic Receipt</u>: I choose to OPT IN to receive by email documents from other parties in this case. I have reviewed and meet all of the following electronic receipt requirements:
  ☐ I have a trusted email account and I have daily access to this account;
  ☐ I understand that <u>I will receive time-sensitive documents</u> through this email address including documents that may require me to take action in this case;
  ☐ This email account has available electronic storage of at least 1 gigabyte;
  ☐ This email account accepts emails with attachments of up to 10 megabytes; and
  ☐ I will be able to maintain this email account throughout this case.

☐ <u>Electronic Delivery</u>: I choose to OPT IN to deliver documents to other parties by email in this case. I have reviewed and meet all of the following electronic delivery requirements:
  ☐ I meet all of the requirements for electronic receipt listed above;
  ☐ I have the ability to scan and create .pdf files of documents I am required to serve on other parties.

Date (*mm/dd/yyyy*): _____    ▶ _____
                                          Self-Represented Party (Signature)

                                          _____
                                          (Print Name)

                                          _____
                                          (Print email address)

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

JS 44 (Rev. 10/20) Case 1:21-cv-0005 GZS  Document 3  Filed 02/16/21  Page 1 of 2  PageID #: 11

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Gregory Paul Violette

**DEFENDANTS**
TD Bank

**(b)** County of Residence of First Listed Plaintiff: **Somerset, ME**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **New Castle, DE**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*
Stephanie A. Williams, Duane Morris LLP,
88 Hammond St., Suite 500, Bangor, ME 04401

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [x] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) [ ] 863 DIWC/DIWW (405(g)) [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights [ ] 555 Prison Condition [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332, 1441, 1446
Brief description of cause:
Breach of Contract

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** $550,000
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 2/16/2021
SIGNATURE OF ATTORNEY OF RECORD: /s/ Stephanie A. Williams

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
   (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
   (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.