# EXHIBIT A

## Cases Filed By Plaintiff Since 2017

1. *Violette v. TD Bank*, Docket No. 1:21-cv-00056 (D. Me. Feb 16, 2021), Court Docket (02/16/2021)

2. *Violette v. CITI BANK*, Docket No. 1:20-cv-00477 (D. Me. Dec 23, 2020), Court Docket (12/23/2020)

3. *Violette v. Capital One*, Docket No. 1:20-cv-00472 (D. Me. Dec 21, 2020), Court Docket (12/21/2020)

4. *Violette v. Dish Network LLC*, Docket No. 1:20-cv-00459 (D. Me. Dec 09, 2020), Court Docket (12/09/2020)

5. *Violette v. Click Bank*, Docket No. 1:20-cv-00412 (D. Me. Nov 04, 2020), Court Docket (11/04/2020)

6. *Violette v. Missouh et al*, Docket No. 4:20-cv-40076 (D. Mass. Jun 22, 2020), Court Docket (06/22/2020)

7. *Violette v. Spaulding et al*, Docket No. 4:20-cv-40075 (D. Mass. Jun 22, 2020), Court Docket (06/22/2020)

8. *Violette v. Spaulding et al*, Docket No. 4:20-cv-40050 (D. Mass. Apr 30, 2020), Court Docket (04/30/2020)

9. *Violette v Fandryer, et al*, Docket No. 4:20-cv-40049 (D. Mass. Apr 30, 2020), Court Docket (04/30/2020)

10. *Violette v. Capetti et al*, Docket No. 4:20-cv-40048 (D. Mass. Apr 30, 2020), Court Docket (04/30/2020)

11. *Violette v. Phillips et al*, Docket No. 2:19-cv-00492 (D. Me. Oct 24, 2019), Court Docket (10/24/2019)

12. *Violette v. Turgeon et al*, Docket No. 2:19-cv-00480 (D. Me. Oct 17, 2019), Court Docket (10/17/2019)

13. *Violette v. Baker et al*, Docket No. 2:19-cv-00479 (D. Me. Oct 17, 2019), Court Docket (10/17/2019)

14. *Violette v. Phillips et al*, Docket No. 2:19-cv-00458 (D. Me. Oct 09, 2019), Court Docket (10/09/2019)

15. *Violette v. Turgeon et al*, Docket No. 2:19-cv-00417 (D. Me. Sep 11, 2019), Court Docket (09/11/2019)

16. *Violette v. CBHH LLC et al*, Docket No. 1:19-cv-00015 (D. Me. Jan 09, 2019), Court Docket (01/09/2019)

17. *Violette v. Betty Crocker General Mills Inc*, Docket No. 1:18-cv-00372 (D. Me. Sep 13, 2018), Court Docket (09/13/2018)

18. *Violette v. Pannier et al*, Docket No. 1:17-cv-00028 (D. Me. Jan 23, 2017), Court Docket (01/23/2017)

19. *Violette v. Ripley et al*, Docket No. 1:17-cv-00027 (D. Me. Jan 23, 2017), Court Docket (01/23/2017)

20. *Violette v. Francis et al*, Docket No. 1:17-cv-00026 (D. Me. Jan 23, 2017), Court Docket (01/23/2017)

21. *Violette v. United States of America*, Docket No. 1:04-cv-00135 (D. Me. Aug 09, 2004), Court Docket (08/09/2004)

22. *Violette v. S. Spaulding, Warden; Federal Bureau of Prisons; U.S. Department of Justice*, New England Federal USDC Massachusetts 4:20cv40075 06/22/2020 Worcester

23. *Violette v. Mr. Missouh; Warden S. Spaulding;Federal Bureau of Prisons; U.S. Department of Justice*, New England Federal USDC Massachusetts 4:20cv40076 06/22/2020 Worcester

24. *Violette v. General Mills Inc.*, New England Federal USDC Maine 1:18cv372 09/13/2018 Bangor