UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2021 FEB 23 P 2: 37

DEPUTY CLERK

Gregory Paul Violette,

    Plaintiff,

Vs.                           Civil Action No. 1:20-cv-

TD Bank,
Defendant.

                  Plaintiff Motion to Remand This Case

    NOW COMES the Plaintiff, Gregory Paul Violette and states as follows:

The US District Court does NOT have jurisdiction on this case.
The amount in controversy does NOT exceed $75,000.00 in US District Court only in State of Maine Courts.
I would as the Court to NOT accept this case because it does NOT exceed the $75,000.00 needed by US District Courts.
PLEASE remand this case back to Somerset County Court.

Dated at Madison, ME this 20th day of February 2021.


Gregory Paul Violette
21 Summer St
Madison, ME 04950-1422
207-399-7567

1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of foregoing Motion to Remand was served this 20th day of February 2021, via first class mail, postage paid, to:

Stephanie A. Williams
Duane Morris LLP
Two Monument Square, STE 505
Portland, ME 04101


Gregory Paul Violette