Violette & Violette LLC
Violette Phone: 207-399-7567
[...]ner St., Madison, ME 04950
[...]gviolette@gmail.com

EASTERN MAINE 044

22 FEB 2021 PM 1 T

USMS

US District Court
202 Harlow St., Third Floor
Bangor, ME 04401

0440184361