IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE,<br><br>Plaintiff,<br><br>v.<br><br>TD BANK,<br><br>Defendant. | CIVIL ACTION NO.<br>1:21-cv-00056-GZS |

**UNOPPOSED MOTION TO STAY DEADLINES AND NOTICE OF SETTLEMENT**

Defendant TD Bank, N.A. ("**TD Bank**"), by counsel, hereby notifies the Court that Plaintiff Gregory Paul Violette ("*Violette*") and TD Bank have settled all claims between them in this matter and are in the process of completing the final documents and filing the dismissal, which they expect to complete on or before March 31, 2021. TD Bank respectfully requests that the Court retain jurisdiction for any matters related to completing/enforcing the settlement.

Consequently, TD Bank respectfully moves this Court to stay all remaining deadlines. In support, TD Bank states as follows:

1. The following deadlines are upcoming:

    a. Deadline to File an Opposition to Plaintiff's Motion to Remand: March 16, 2021;

    b. Deadline to File an Opposition to Defendant's Motion to Dismiss: March 16, 2021; and

    c. Deadline to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss: March 30, 2021.

2. TD Bank seeks a thirty-day stay of all deadlines pending finalization of the terms of the settlement. Such an extension will likely obviate the need for all upcoming deadlines, thereby resulting in significant savings of the time and resources of the Court as well as the litigants.

3. TD Bank has consulted with Plaintiff and Plaintiff does not oppose the relief sought.

4. If an issue arises while finalizing the terms of the settlement, the parties will file a request for a status conference.

WHEREFORE, TD Bank requests a stay of all outstanding deadlines.

Respectfully submitted,

/s/ Stephanie A. Williams
Stephanie A. Williams, Maine Bar No. 10012
Duane Morris LLP
Two Monument Square, Suite 505
Portland, ME 04101

(215) 979-1585 (phone)
(207) 433-1155 (fax)
sawilliams@duanemorris.com

Dated: March 15, 2021

***Attorneys for Defendant TD Bank, N.A.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above-captioned matter.

Dated: March 15, 2021                  /s/ Stephanie A. Williamas
                                                 Stephanie A. Williams