UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2021 APR -1 P 3: 19

DEPUTY CLERK

Gregory Paul Violette,

    Plaintiff,

Vs.

    Civil Action No. 1:20-cv-00056-GZS

TD Bank,
Defendant.

## Plaintiff Motion to Dismiss This Case

NOW COMES the Plaintiff, Gregory Paul Violette and states as follows:

I would like to voluntarily dismiss this case with prejudice.

Dated at Madison, ME this 30th day of March 2021

*[signature]*

Gregory Paul Violette
21 Summer St
Madison, ME 04950-1422
207-399-7567

1