Violette & Violette Ltd.
Greg Violette Phone:207-399-7567
21 Summer St., Madison, ME 04950
drgpgviolette@gmail.com

9800  1964$10440

FOREVER / USA

USMS

US District Court
202 Harlow St., Third Floor
Bangor, ME 04401